IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 APR 27 PM 3: 45

ROBERT R. DI TROLIO
CL___, U.S. DIST. CT.
W.___ F TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Cv. No. 02-2635-Ma/V ✓ |
| | * | Cr. No. 00-20200 (G) |
| LARRY LLOYD, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby ordered that the United States be allowed to respond to Mr. Lloyd's claim, that his attorney failed to perfect an appeal after being requested to do so, on or before June 1, 2005.

Ordered this 27th day of April, 2005.

_____
HONORABLE SAMUEL H. MAYS
UNITED STATES DISTRICT JUDGE

DATE: 4/21/05

APPROVED: _____
SCOTT F. LEARY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#022357 Tennessee)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:02-CV-02635 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Larry Lloyd
FMC-FORT WORTH
02787-196
3150 Horton Road
Fort Worth, TX 76119--599

J. Charles Wilson
P.O. Box 9974
Mobile, AL 36691

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT