UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 PM 3 40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

LARRY LLOYD,

    Petitioner,

v.                                                      Cv. Case No. 02-2635-Ma

UNITED STATES OF AMERICA,

    Respondent.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order Denying Petition to Vacate, Set Aside, or Correct Sentence, docketed June 13, 2005.

**APPROVED:**

/s/ _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 22, 2005
_____
DATE

THOMAS M. GOULD
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:02-CV-02635 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry Lloyd
FMC-FORT WORTH
02787-196
3150 Horton Road
Fort Worth, TX 76119--599

J. Charles Wilson
P.O. Box 9974
Mobile, AL 36691

Honorable Samuel Mays
US DISTRICT COURT